RECEIVED

AUG 2 3 2010

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| TOBY SHAUN BORDELON | DOCKET NO. 6:08-cv-01931 |
| VERSUS | JUDGE DOHERTY |
| TERRY TERRELL, WARDEN, ALLEN CORRECTIONAL CENTER | MAGISTRATE JUDGE HANNA |

### JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and consideration of objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the plaintiff's petition for *habeas corpus* is **DENIED** and **DISMISSED WITH PREJUDICE**.

Lafayette, Louisiana, this 23 day of August, 2010.

Rebecca F. Doherty
United States District Judge